IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


DANNY JOE GIPSON                                                    PLAINTIFF


VS.                          Civil No. 4:11-cv-4064


SHERIFF STOVALL;
WARDEN WARREN BRAZIL;
SGT. WELCH; and
DET. WESLEY PENNY                                                   DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed May 6, 2013, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No.

16).  Judge Bryant recommends that the above-styled case be dismissed without prejudice for failure

to follow a court order and failure to keep the Court informed of his current address.  The parties

have not filed objections to the Report and Recommendation, and the time to object has passed.  *See*

28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.

Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

        **IT IS SO ORDERED**, this 23rd day of May, 2013.


                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge